COMMONWEALTH of Pennsylvania, Respondent

v.

Terrence SELDON, Petitioner

No. 559 EAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard A. BRYANT, Petitioner

No. 496 EAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Raheem JOHNSON, Petitioner

No. 477 EAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is DENIED.